IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

PENELOPE C. JONES     PLAINTIFF
1111 Willow Park Circle
Louisville, Kentucky 40299

Case No. 3:15-cv-00248-JHM

v.

Judge Joseph H. McKinley

PHOENIX MANAGEMENT SYSTEMS, INC.
d/b/a PHOENIX MANAGEMENT SYSTEMS
24 North Front Street
New Ulm, Minnesota 56073

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, upon agreement of the Plaintiff, Penelope Jones, and the Defendant, Phoenix Management Systems, Inc. d/b/a Phoenix Management Systems, the Court is hereby advised that Plaintiff's claims asserted in this litigation against Phoenix Management Systems, Inc. d/b/a Phoenix Management Systems, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs

            s/David W. Hemminger
            David W. Hemminger
            HEMMINGER LAW OFFICE, PSC
            616 South Fifth St.
            Louisville, Kentucky 40202
            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 25th day of July, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                */s/David W. Hemminger*
                David W. Hemminger