UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| PENELOPE C. JONES,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHOENIX MANAGEMENT SYSTEMS, INC. d/b/a PHOENIX MANAGEMENT SYSTEMS; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>　　　　　Defendants. | CASE NO. 3:15-cv-00248-JHM<br><br>**ELECTRONICALLY FILED**<br><br>Judge Joseph H. McKinley, Jr. |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

　　Plaintiff Penelope C. Jones by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

　　IT IS, THEREFORE, ORDERED that all claims of Plaintiff Penelope C. Jones against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Penelope C. Jones and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

*[Signature: Joseph H. McKinley]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

September 4, 2015

Distribution:

| | |
|---|---|
| David W. Hemminger, Esq. <br> hemmingerlawoffice@gmail.com | Aaron M. Healey, Esq. <br> ahealey@jonesday.com |
| John Michael Williams, Esq. <br> Williams@rwktlaw.com | Margaret Jane Brannon, Esq. <br> mjbrannon@jacksonkelly.com |
| William R. Brown, Esq. <br> wbrown@schuckitlaw.com | Scott E. Brady, Esq. <br> sbrady@schuckitlaw.com |