IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | |
|---|---|
| PENELOPE C. JONES, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No. 3:15-cv-248-JGH |
| PHOENIX MANAGEMENT SYSTEMS, INC. d/b/a PHOENIX MANAGEMENT SYSTEMS, ET AL. | ) ) ) ) |
| Defendants | ) ) |

\*\* \*\* \*\* \*\*

**<u>AGREED ORDER OF DISMISSAL</u>**

Upon agreement of the Plaintiff, Penelope C. Jones, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc. are hereby DISMISSED WITH PREJUDICE as settled, each party to bear its own attorneys' fees and costs.

*Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

December 28, 2015

TENDERED BY:

/s/David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 South Fifth St.
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

HAVE SEEN AND AGREE:

/s/Aaron M. Healey
Aaron M. Healey
JONES DAY
325 John H. McConnell Blvd., Ste. 600
Columbus, OH 43215
(614) 469-3939
ahealey@jonesday.com
*Counsel for Defendant, Experian Information Solutions, Inc.*